UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

MICHAEL LAREY and TONI LAREY                                                                PLAINTIFFS

VS.                                              CASE NO. 4:14-CV-4054

ALLSTATE PROPERTY AND
CASUALTY COMPANY                                                                              DEFENDANT

## ORDER

Before the Court is the Plaintiffs' Unopposed Motion to Stay Briefing. (ECF No. 12). Plaintiffs request that this Court stay briefing on Defendant's Motion to Dismiss until the Court rules on Plaintiffs' Motion to Remand. Upon consideration, the Court finds that good cause for the motion has been shown. Accordingly, the Court finds that Plaintiffs' motion (ECF No. 12) should be and hereby is **GRANTED**. If the Court denies Plaintiffs' Motion to Remand, Plaintiffs must respond to Defendant's Motion to Dismiss within (14) days of the entry of the order denying remand.

IT IS SO ORDERED, this 12th day of May, 2014.

                                                                             /s/ Susan O. Hickey
                                                                             Susan O. Hickey
                                                                             United States District Judge